DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESUS RAMIREZ-FIGAROA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>JESUS RAMIREZ-FIGAROA,<br><br>    *Defendant.* | No. 1:09-cr-00288 LJO<br><br>STIPULATION TO ADVANCE SENTENCING HEARING; ORDER THEREON<br><br>Date:  October 8, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for October 30, 2009, **may be advanced to October 8, 2009 at 9:00 a.m.**

The Presentence Investigation Report is ready and neither party has any objection to the report. The report calculates a guideline range of 0-6 months prison and the defendant will have two and a half months credit for time served by October 8, 2009.

///

///

///

///

///

///

1 | AUSA Karen Escobar has no objection to advancing the date to October 8, 2009, at 9:00 a.m.

Dated: September 30, 2009                    LAWRENCE G. BROWN
                                             Acting United States Attorney

                                    By:   /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

Dated: September 30, 2009                    DANIEL J. BRODERICK
                                             Federal Defender

                                    By:   /s/ Douglas J. Beevers
                                          DOUGLAS J. BEEVERS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Jesus Ramirez-Figaroa

## ORDER

**IT IS SO ORDERED**.  The sentencing hearing in the above-referenced matter for defendant, Jesus Ramirez-Figaroa, now set for October 30, 2009, **is hereby advanced to October 8, 2009, at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   September 30, 2009**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE