FILED

OCT 0 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:09-CR-288 |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JESUS RAMIREZ-FIGAROA ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on October 8, 2009, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: Oct 8, 2009

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1